FILED
7/3/2015 10:29:15 AM
Donna Kay McKinney
Bexar County District Clerk
Accepted By: Consuelo Gomez

CAUSE NO. 2013-CI-10278

| | | |
|---|---|---|
| DAVID GILLESPIE AND | § | IN THE DISTRICT COURT |
| MICHAEL O'BRIEN | § | |
| | § | |
| v. | § | 408th JUDICIAL DISTRICT |
| | § | |
| A. L. HERNDEN AND | § | |
| FREDERICK R. ZLOTUCHA | § | BEXAR COUNTY, TEXAS |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
07/6/2015 9:36:01 AM
KEITH E. HOTTLE
Clerk

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

WHEREAS ON April 2, 2015, the Honorable Cathleen M. Stryker of the 224th Judicial District Bexar Court, entered a Final Judgment in this cause. Plaintiff, DAVID GILLESPIE wishes to appeal from said Final Judgment to the Court of Appeals for the Fourth District of Texas in San Antonio, Texas.

RESPECTFULLY SUBMITTED,

**GENE TOSCANO, INC.,**

BY: /s/ Andrew E. Toscano
ANDREW E. TOSCANO
SBN: 00786832
846 Culebra Road, Suite 104
San Antonio, Texas 78201
210/732-6091 tel
210/735-4167 fax
**ATTORNEY PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been sent by hand delivery to the following counsel of record on this 3rd day of July, 2015:

Mr. Richard A. Sparr, Jr.
1313 N. E. Loop 410, Suite 100
San Antonio, Texas, 78209
**SENT BY FACSIMILE TRANSMISSION**
**TO: (210) 828-5444**

Mr. Frederick R. Zlotucha
222 Main Plaza East
San Antonio, Texas 78205
**SENT BY FACSIMILE TRANSMISSION**
**TO: (210) 227-8316**

FOURTH COURT OF APPEALS
Cardena-Reeves Justice Center
300 Dolorosa Ste. 3200
San Antonio, Texas 78205
**210-355-2762- fax**

/s/ Andrew E. Toscano
ANDREW E. TOSCANO